**Fill in this information to identify the case:**

Debtor name    Francos Trucking, LLC, a New Mexico Limited Liability Company

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    17-12017

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    223,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    4,152,573.59

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $    4,375,573.59

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    2,738,235.20

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    1,032,754.74

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    742,375.49

4.   **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b      $    4,513,365.43

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Francos Trucking, LLC, a New Mexico Limited Liability Company

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)    17-12017

☐ Check if this is an
     amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | Bank of America<br>Overdrawn as of 8/3/17 -21,490.03 | Checking | 1090 | $0.00 |
| 3.2. | Wells Fargo | Checking | 2725 | $150.00 |

| 4. | **Other cash equivalents** *(Identify all)* | |
| --- | --- | --- |

| 5. | **Total of Part 1.** | $150.00 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    Francos Trucking, LLC, a New Mexico Limited Liability
          Company
          _____
          Name

Case number (If known)  17-12017

| 11a. 90 days old or less: | 420,823.59 | - | 0.00 | = .... | $420,823.59 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 210,000.00 | - | 0.00 | = .... | $210,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $630,823.59 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Five Desks, Filing Cabinets, Conference Table, Refridgeratror and other Miscellaneous items 5325 Sierra Vista, Carlsbad, NM  88220 | Unknown | | $3,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers, Printers | Unknown | | $5,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 42.1. | Various artwork on walls at Sierra Vista Office | Unknown | | $3,000.00 |

---

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.          | $11,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Exhibit A - See Depreciation Schedule | Unknown | | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Exhibit B - Vehicles and Equipment securing First Capital Bank loan<br>This includes items on Depreciation Schedule so this is not in addition<br>Values listed on Exhibit B are from July, 2015 | Unknown | | $800,000.00 |
| Exhibit A - See Depreciation Schedule | Unknown | | $2,700,000.00 |
| Mechanics and Shop Tools and Supplies, Various parts and accessories for repairs to equipment | Unknown | | $10,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.          | $3,510,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Land, Shop, Mobile Home and Improvements<br>1012 Haston Road, Carlsbad, NM | Fee simple | $240,765.00 | Comparable sale | $223,000.00 |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

|                |
|----------------|
| $223,000.00    |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |
|--|
| Current value of debtor's interest |

71.    **Notes receivable**
       Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     Franco's Trucking Shirts/Uniforms      $600.00

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.      $600.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    Francos Trucking, LLC, a New Mexico Limited Liability
          Company
          _____
          Name

Case number *(If known)*  17-12017
          _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $150.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $630,823.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,510,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................> | | $223,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $600.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,152,573.59 | + 91b. $223,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,375,573.59 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor name __Francos Trucking, LLC, a New Mexico Limited Liability Company__

United States Bankruptcy Court for the: __DISTRICT OF NEW MEXICO__

Case number (if known) __17-12017__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1** BMB & SWC Ranches, Inc.
Creditor's Name

PO Box 2476
Carlsbad, NM 88221-2476
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
various since June 2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Operator/Owner equipment - Debtor's right to payments from Operator/Owner

**Describe the lien**
Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $10,000.00 | Unknown |
|---|---|

---

**2.2** FirstCapital Bank of Texas
Creditor's Name

6811 Indiana Ave.
Lubbock, TX 79413
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
September 2015
**Last 4 digits of account number**
6940

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Exhibit B - Vehicles and Equipment securing First Capital Bank loan
This includes items on Depreciation Schedule so this is not in addition
Values listed on Exhibit B are from July, 2015

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $555,669.22 | $800,000.00 |
|---|---|

---

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | FirstCapital Bank of Texas | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $795,721.92    $1,500,000.00

Mortgage on Robert Franco's ranch - cross collateralized with other note

6811 Indiana Ave.
Lubbock, TX 79413

Creditor's mailing address

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
July 2015

**Last 4 digits of account number**
8277

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | IRS | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $108,969.97    Unknown

All real and personal property

Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Creditor's mailing address

**Describe the lien**
Tax lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | NM Taxation & Revenue Department | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $476,060.97    Unknown

All real and personal property

PO Box 8575
Albuquerque, NM
87198-8575

Creditor's mailing address

**Describe the lien**
Statutory Lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | Texas Capital Services, LLC | Describe debtor's property that is subject to a lien | $444,400.00 | $420,823.59 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 53728
Lubbock, TX 79453

Creditor's mailing address

90 days or less: Exhibit C - All accounts factored with Texas Capital Services, LLC

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

various

**Last 4 digits of account number**

factored accounts

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | Texas Capital Services, LLC | Describe debtor's property that is subject to a lien | $347,413.12 | $2,300,000.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 53728
Lubbock, TX 79453

Creditor's mailing address

Second Lien on Schedule B Equipment.  Second Mortgage/Deed of Trust on Robert Franco's Ranch

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

April 18, 2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,738,235.2 0 |
| --- | --- | --- |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name __Francos Trucking, LLC, a New Mexico Limited Liability Company__

United States Bankruptcy Court for the: __DISTRICT OF NEW MEXICO__

Case number (if known) __17-12017__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $878,860.90 | $693,576.71 |
| | Date or dates debt was incurred<br>various | Basis for the claim:<br>various payroll taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NM Taxation & Revenue Department**<br>**PO Box 8575**<br>**Albuquerque, NM 87198-8575** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153,893.84 | $141,952.43 |
| | Date or dates debt was incurred<br>various | Basis for the claim:<br>various CRS/WH | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $776.25
---|---|---|---

50-50 Backhoe Service
PO Box 375
Artesia, NM 88211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,838.06

529 Water Sales, LLC
PO Box 1244
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $646.00

Alfadale, Inc.
35 Haystack Road
Artesia, NM 88210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,286.39

American Sales & Services
PO Box 61610
San Angelo, TX 76906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,987.32

Andrews Pump & Supply
PO Box 1378
Andrews, TX 79714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $322.69

Beeman Accounting, LLC
122 North Canyon St.
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46,685.00

Black Mountain SWD, LP
500 Main Street, Suite 1200
Waco, TX 76710-2000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 13 of 45

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,870.00 |
| | BMB & SWC Ranches, Inc. | ☐ Contingent | |
| | PO Box 2476 | ☐ Unliquidated | |
| | Carlsbad, NM 88221-2476 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,159.75 |
| | Bruckners | ☐ Contingent | |
| | PO Box 1678 | ☐ Unliquidated | |
| | Hobbs, NM 88241 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,413.34 |
| | Carlsbad Quality Janitorial | ☐ Contingent | |
| | PO Box 306 | ☐ Unliquidated | |
| | Hagerman, NM 88232 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,945.00 |
| | Challenger Partners Stateline SWD, LLC | ☐ Contingent | |
| | PO Box 64442 | ☐ Unliquidated | |
| | Lubbock, TX 79464 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
| | Chance Properties Co. | ☐ Contingent | |
| | PO Box 1221 | ☐ Unliquidated | |
| | Kermit, TX 79745 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $612.00 |
| | Choice Oilfield Service, LLC | ☐ Contingent | |
| | 900 N. Love St. | ☐ Unliquidated | |
| | Lovington, NM 88260 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,974.00 |
| | Circle S. Feed Store | ☐ Contingent | |
| | 2907 S. Canal | ☐ Unliquidated | |
| | Carlsbad, NM 88220 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Supplier of materials, goods and/or services_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 14 of 45

**3.15** | Nonpriority creditor's name and mailing address

City Bank Lubbock
PO Box 5060
Lubbock, TX 79408

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     $15,403.22

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

Cooper Water Sales
HC69 Box 55
Monument, NM 88265

Date(s) debt was incurred  2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     $107.61

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

Creed, Inc.
PO Box 759
Loving, NM 88256

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     $5,798.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

Dasco Cattle Company
PO Box 727
Hobbs, NM 88241

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     $1,834.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

Decor
815 W. Mermod St.
Carlsbad, NM 88220

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     $74,789.97

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

Eagle Eye Water Sales
PO Box 597
414 8th SWt
Loving, NM 88256

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     $17,751.63

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

Enterprise Damage Recovery
PO Box 843369
Kansas City, MO 64184

Date(s) debt was incurred  2017

Last 4 digits of account number  9628

As of the petition filing date, the claim is: *Check all that apply.*                     $12,619.26

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Damage claim for totaled vehicle

Is the claim subject to offset? ■ No ☐ Yes

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 15 of 45

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,037.01 |
|---|---|---|---|

Enterprise Leasing Company
Attn Officer/Managing or Service Agent
609 N. Canal Street
Carlsbad, NM 88220-6515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

Extreme Energy Services
PO Box 19
Barstow, TX 79719

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,342.49 |
|---|---|---|---|

Fairway Auto
904 N. Main St.
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,443.14 |
|---|---|---|---|

Forrest Tire
PO Box 1778
Carlsbad, NM 88221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 |
|---|---|---|---|

G & L Cattle
23104 County Road 19
Springfield, CO 81073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,075.00 |
|---|---|---|---|

Gregory Rockhouse Ranch
PO Box 203997
Dallas, TX 75320-3997

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $674.50 |
|---|---|---|---|

GW LLC
PO Box 1227
Jal, NM 88252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address**<br>Haldeman Enterprises<br>PO Box 113<br>Carlsbad, NM 88221 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,094.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Supplier of materials, goods and/or services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address**<br>Hood Water Station<br>1142 Black River Vldg Rd.<br>Carlsbad, NM 88220 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $640.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Supplier of materials, goods and/or services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address**<br>J & J Farm Water Station<br>5110 Old Cavern Hwy<br>Carlsbad, NM 88220 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,503.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Supplier of materials, goods and/or services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address**<br>J & J Welding Services, LLC<br>PO Box 1112<br>Carlsbad, NM 88220 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,543.44 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Supplier of materials, goods and/or services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address**<br>J. Cooper Enterprises, Inc.<br>HC 69 Box 55<br>Monument, NM 88265 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $107.61 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Supplier of materials, goods and/or services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address**<br>Jaime's Welding, LLC<br>PO Box 5154<br>Carlsbad, NM 88220 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,097.14 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Supplier of materials, goods and/or services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address**<br>Jal Country Club<br>PO Box 1283<br>1001 North Third Street<br>Jal, NM 88252 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $768.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Supplier of materials, goods and/or services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,560.00 |
|---|---|---|---|

**JR Fresh Water**
3718 NM 114
Causey, NM 88113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,017.23 |
|---|---|---|---|

**Keystone Pump & Supply LLC**
PO Box 1176
Kermit, TX 79745

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,344.00 |
|---|---|---|---|

**Keystone Ranch & Water**
PO Box 3216
Carlsbad, NM 88221

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.00 |
|---|---|---|---|

**Limestone Livestock**
PO Box 189
Lovington, NM 88260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,937.50 |
|---|---|---|---|

**Lindsay Water Sales**
PO Box 568
Pecos, TX 79772

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,558.50 |
|---|---|---|---|

**Malaga Brine**
PO Box 1479
Carlsbad, NM 88221

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,505.00 |
|---|---|---|---|

**Malaga Brine**
PO Box 1479
Carlsbad, NM 88220

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Supplier of materials, goods and/or services

Is the claim subject to offset? ■ No ☐ Yes

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 18 of 45

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,087.61 |
|---|---|---|---|

**Marlin Business Bank**
PO Box 13604
Philadelphia, PA 19101-3604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $486.00 |
|---|---|---|---|

**Mendel Fresh Water**
400 W. Illinois Suite 950
Fort Stockton, TX 79735

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,719.00 |
|---|---|---|---|

**Menicucci Insurance Agency**
2116 Vista Oeste NW, Bldg 5
Albuquerque, NM 87120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |
|---|---|---|---|

**Mid Lea County Water, LLC**
PO Box 1735
Eunice, NM 88231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,653.81 |
|---|---|---|---|

**New Mexico Mutual**
PO Box  27805
Albuquerque, NM 87125-7805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,595.00 |
|---|---|---|---|

**NGL Solid Solutions, LLC**
8207 W. 20th St, Suite B
Greeley, CO 80634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.05 |
|---|---|---|---|

**NGL Water Solutions Permian, LLC**
3773 Cherry Creek North Dr., Suite 1000
Denver, CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Supplier of materials, goods and/or services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 19 of 45

**3.50**

**Nonpriority creditor's name and mailing address**
Nichols Printing & Office Products Cente
212 W. Lea
Carlsbad, NM 88220

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

$143.05

---

**3.51**

**Nonpriority creditor's name and mailing address**
NMHC
7601 Jefferson St., NE, Suite 160
Albuquerque, NM 87109

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

$3,156.58

---

**3.52**

**Nonpriority creditor's name and mailing address**
Owl SWD Operating, LLC
8214 Westchester Drive Suite 850
Dallas, TX 75225

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

$6,480.50

---

**3.53**

**Nonpriority creditor's name and mailing address**
PA Prosepct LLC
PO Box 577
Laurel, MT 59044

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

$15,280.00

---

**3.54**

**Nonpriority creditor's name and mailing address**
Pearce Trust
26 Collier Lane
Tatum, NM 88267

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

$179.35

---

**3.55**

**Nonpriority creditor's name and mailing address**
Pico Propane and Fuels
PO Box 8
Carlsbad, NM 88221

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

$26,360.41

---

**3.56**

**Nonpriority creditor's name and mailing address**
Professional Communications
PO Box 61830
Midland, TX 79711-1830

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Supplier of materials, goods and/or services

**Is the claim subject to offset?** ■ No ☐ Yes

$13,180.81

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172,546.00 |
| --- | --- | --- | --- |
| | Pyote Water Solutions, LLC<br>400 W. Illinois, Suite 900<br>Midland, TX 79701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
| --- | --- | --- | --- |
| | Ray Jr. Enterprises<br>1995 N. Front<br>Fort Stockton, TX 79735 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $676.00 |
| --- | --- | --- | --- |
| | RBJ & Assoc. LP<br>8501 N FM 178<br>Midland, TX 79707 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier of materials, goods and/or service | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
| --- | --- | --- | --- |
| | Rockhouse Water and Brine<br>1108 W. Pierce<br>Carlsbad, NM 88220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,170.00 |
| --- | --- | --- | --- |
| | Salty Dog<br>PO Box 190<br>Lubbock, TX 79408 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.50 |
| --- | --- | --- | --- |
| | Sand Tank SWD, LLC<br>PO Box 1479<br>Carlsbad, NM 88220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $794.74 |
| --- | --- | --- | --- |
| | Sandpoint Landfill<br>410 East Derrick Road<br>Carlsbad, NM 88220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,705.00 |
| --- | --- | --- | --- |
| | Superior Water Systems<br>PO Box 1057<br>Loveland, CO 80539 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim:  Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,037.50 |
| --- | --- | --- | --- |
| | Tall City Brine, LLC<br>203 West Wall Street, Suite 700<br>Midland, TX 79701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim:  Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
| --- | --- | --- | --- |
| | Vision Resources, Inc.<br>PO Box 2459<br>Carlsbad, NM 88221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim:  Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.94 |
| --- | --- | --- | --- |
| | WadeCo Specialities, Inc.<br>PO Box 60634<br>Midland, TX 79711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim:  Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,708.21 |
| --- | --- | --- | --- |
| | Western Commerce Bank<br>501 N. Canal Street<br>PO Box 5151<br>Carlsbad, NM 88221-5151 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim:  Supplier of materials, goods and/or services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 1,032,754.74 |
| **5b. Total claims from Part 2** | 5b. + | $ | 742,375.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,775,130.23 |

**Fill in this information to identify the case:**

Debtor name    Francos Trucking, LLC, a New Mexico Limited Liability Company

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known)   17-12017

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 23 of 45

| Fill in this information to identify the case: |
|---|

Debtor name    Francos Trucking, LLC, a New Mexico Limited Liability Company

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known)   17-12017

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Franco's Crude Oil Transportation | P.O. Box 440 Carlsbad, NM 88220 | Texas Capital Services, LLC | ■ D   2.7 ☐ E/F _____ ☐ G _____ |
| 2.2 | Franco's Well Servicing, LLC | 2714 Prospect Carlsbad, NM 88220 | FirstCapital Bank of Texas | ■ D   2.2 ☐ E/F _____ ☐ G _____ |
| 2.3 | Franco's Well Servicing, LLC | 2714 Prospect Carlsbad, NM 88220 | Texas Capital Services, LLC | ■ D   2.7 ☐ E/F _____ ☐ G _____ |
| 2.4 | Robert Franco, II | 2319 E. Derrick Road Carlsbad, NM 88220 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.5 | Robert Franco, II | 2319 E. Derrick Road Carlsbad, NM 88220 | IRS | ■ D   2.4 ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Robert Franco, II | 2319 E. Derrick Road Carlsbad, NM 88220 | NM Taxation & Revenue Department | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Robert Franco, II | 2319 E. Derrick Road Carlsbad, NM 88220 | FirstCapital Bank of Texas | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Robert Franco, II | 2319 E. Derrick Road Carlsbad, NM 88220 | FirstCapital Bank of Texas | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Robert Franco, II | 2319 E. Derrick Road Carlsbad, NM 88220 | Texas Capital Services, LLC | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.10 | Robert Franco, II | 2319 E. Derrick Road Carlsbad, NM 88220 | Texas Capital Services, LLC | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Francos Trucking, LLC, a New Mexico Limited Liability Company___

United States Bankruptcy Court for the:    ___DISTRICT OF NEW MEXICO___

Case number (if known)    ___17-12017___

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2017 to Filing Date | ☐ Operating a business<br>■ Other    Gross Business<br>Revenue | $3,437,958.79 |
| For prior year:<br>From  1/01/2016 to 12/31/2016 | ☐ Operating a business<br>■ Other    Gross Business<br>Revenue | $2,673,389.36 |
| For year before that:<br>From  1/01/2015 to 12/31/2015 | ☐ Operating a business<br>■ Other    Gross Business<br>Revenue | $13,051,488.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. ? | Debtor is still researching this. Will amend if necessary | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Robert L. Franco II<br>P.O. Box 440<br>Carlsbad, NM 88220<br>Sole Member | various profit distributions since August 4, 2016 | $236,257.43 | Owner distributions |
| 4.2. Robert L. Franco II<br>P.O. Box 440<br>Carlsbad, NM 88220<br>Sole Member | various since August 4, 2016 | $39,999.99 | Salary |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 27 of 45

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Internal Revenue Service<br>None | Issued nine different levies on the Debtor's bank accounts and accounts receivable.  The IRS has since released all levies. | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.   Relay for Life<br>Carlsbad, NM 88220 | $500 | March 22, 2017 | $500.00 |
| Recipients relationship to debtor<br>None | | | |
| 9.2.   Carlsbad Jr./Sr. League<br>Carlsbad, NM 88220 | $500. | April 24, 2017 | $500.00 |
| Recipients relationship to debtor<br>None | | | |
| 9.3.   Class Act 2017<br>Carlsbad, NM 88220 | $300 | May 5, 2017 | $300.00 |
| Recipients relationship to debtor<br>None | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52 Page 28 of 45

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Arvizulaw.com, Ltd. PO Box 1479 Las Cruces, NM 88004 | Attorney Fees | Payment was made post-petition after release of levy on bank account | $25,000.00 |

**Email or website address**
trey@arvizulaw.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26a.1. | Mary Hilt | May 12, 2017 to present |
| 26a.2. | Erika Avila Ramirez | November 9, 2014 to June 30, 2017 |
| 26a.3. | Brandy Franco, Brandy Beeman, Lana Matti | December 9, 2012 to July 24, 2015 |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Beeman Accounting, LLC<br>122 North Canyon St.<br>Carlsbad, NM 88220 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | Texas Capital Services, LLC<br>P.O. Box 53728<br>Lubbock, TX 79453 |
| 26d.2. | FirstCapital Bank of Texas<br>6811 Indiana Ave.<br>Lubbock, TX 79413 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert L. Franco II | P.O. Box 440<br>Carlsbad, NM 88220 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Robert L. Franco II<br>P.O. Box 440<br>Carlsbad, NM 88220 | $236,257.43 Profit Distribution | various in last year | Owner draws/distributions |
| | **Relationship to debtor**<br>Sole Member | | | |
| 30.2. | Robert L. Franco II<br>P.O. Box 440<br>Carlsbad, NM 88220 | $39,999.96 Salary | various in last year | Gross Salary |
| | **Relationship to debtor**<br>Sole Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

/s/ Robert L. Franco, II                          Robert L. Franco, II
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Organizer/Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# Exhibit A

Franco's Trucking, LLC FCB Loan # 3000016940

| Pick-ups | Type | VIN | FMV |
|---|---|---|---|
| 2014 | Dodge Ram Crew Cab -1 ton | 3C7WRTCL7G313348 | $ 42,900 |
| 2009 | CHEVROLET C 250 | 1GBHC44639F162543 | $ 23,100 |
| 2013 | DODGE RAM | 3C7WRTCL8DG557198 | $ 38,600 |
| 2013 | Dodge Ram Crew Cab -1 ton | 3C7WRNFI.2DG595081 | $ 62,200 |
| 2014 | Dodge 4500 | 3C7WRLFL7EB171241 | $ 48,800 |
| 2014 | GMC Sierra 1500 | 1GTV2UEC7EZ401283 | $ 40,000 |
| 2008 | GMC Sierra 2500 | 1GTHC29KX8EI74263 | $ 16,300 |
| 2007 * | Chevy 3500 | 1GBJK39D57E139029 | $ 18,250 |
| 2008 * | FORD F 450 | FDXX46R68EC77978 | $ 26,225 |
| 2011 * | FORD F550 | 1FDOW5HT9BEC12844 | $ 37,850 |
| 2014 * | FORD F-150 | 1FTFW1EF4EFB60592 | $ 32,400 |
| 2014 * | FORD F-150 | 1FTFW1EF9EFA76767 | $ 32,400 |
| Total Value Pickups | | | $ 419,025 |

| Utility Trailers | Brand / Type | VIN | FMV |
|---|---|---|---|
| 2011 | CNM 76X16 UTILITY TRAILER | 5VNBU1628BT091462 | $ 1,100 |
| 2010 | FUEL TRAILER | 1W9FT17DXA1497041 | $ 4,550 |
| 2012 | BIG TEX - TRASH TRAILER | 16VNX162C2C33705 | $ 3,600 |
| 2012 | BIG TEX #2 PRESSURE WASHER | 16VNX1225C2E31357 | $ 6,700 |
| 2013 | PJ DUMP GRAVEL TRAILER | 34P5D71425D1190043 | $ 7,750 |
| 2013 | BIG TEX # 3 PRESSURE WASHER | 16VNX1224D2E82916 | $ 6,800 |
| 2014 | PJ 18' UTILITY TRAILER | 3CVU81821E2509273 | $ 2,800 |
| 2013 | PJ 26' GRILL TRAILER | 4P5T82623D1196032 | $ 8,000 |
| 2013 | BIG TEX #4 Pressure washer | 16VNX122XD2E89739 | $ 8,000 |
| 2013 | PJ Gooseneck Haul pipe | 4P5FD3621D1192172 | $ 12,250 |
| 2014 | Total TRASH TRAILER/Potty | 56HT1PG24EL001491 | $ 5,100 |
| 2014 | Tota TRASH TRAILER/Potty | 56HT1PG22EL001490 | $ 5,100 |
| 2014 | BIG TEX Pipe Trailer | 16VFX3228E2326263 | $ 5,300 |
| 2004 ** | Great Dane | 1GRDM96264M700628 | $ 2,650 |
| Total Value Utility Trailers | | | $ 79,700 |

| Water hauling trailers | Brand | VIN | FMV |
|---|---|---|---|
| 2010 | GALYEAN | 1G9VT4027BH017653 | $ 26,000 |
| 2012 | EXA | 3E9HI42GXCT034021 | $ 32,000 |
| 2012 | EXA | 3E9HI42C8CT034020 | $ 32,000 |
| 2010 ** | GALYEAN | 1G9VT4020AH017363 | $ 13,000 |
| 2013 | GALLEGOS | 3DG2A27A4DG000065 | $ 34,000 |
| 2011 | GAYLEAN | 1G9VT4026BH017414 | $ 13,000 |
| 2012 | GALLEGOS | 3DG2A21M0CG000010 | $ 32,000 |
| 2011 | RYOT | 3R9TA4223BD045011 | $ 29,000 |
| 2011 | RYOT | 3R9TA4225BD045009 | $ 29,000 |
| 2012 | INDUSTRIAS | 3A9SV402XCM216009 | $ 32,000 |
| 2011 ** | GALYEAN | 1G9VT4026BH017417 | $ 13,000 |
| 2012 | GALLEGOS | 3DG2A21M5CG000567 | $ 32,000 |
| 2012 | GALLEGOS | 3DG2A21M3CG000566 | $ 32,000 |
| 2012 | GALLEGOS | 3DG2A21MDCG000587 | $ 32,000 |
| 2013 | GALLEGOS | 3DG2A21A0DG000063 | $ 34,000 |
| 2012 | SOUTHERN | 4S9V6TA24CG270436 | $ 32,000 |
| 2012 | SOUTHERN | 4S9V6TA27CG270477 | $ 32,000 |
| 2012 | SOUTHERN | 4S9V6TA25CG270476 | $ 32,000 |
| 2014 | GALLEGOS | 3DGIN4255EG000039 | $ 38,000 |
| 2014 | GALLEGOS | 3DGIN4251EG000040 | $ 38,000 |
| Total Value Water Hauling | | | $ 587,000 |

| Water Hauling Trucks | Brand | VIN | FMV | |
|---|---|---|---|---|
| 2004 | INTERNATIONAL | 3HSCNAPR44N090962 | $ | 18,000 |
| 2005 | INTERNATIONAL | 3HSCNAPR25N048307 | $ | 24,000 |
| 2006 | INTERNATIONAL | 2HCNAPR16C323636 | $ | 29,000 |
| 2006 | INTERNATIONAL | 2HSCNAPR56C214189 | $ | 25,800 |
| 2005 | INTERNATIONAL | 2HSCNAPR15C045674 | $ | 25,000 |
| 2004 | INTERNATIONAL | 2HSCNAPR14C021504 | $ | 19,400 |
| 2005 | INTERNATIONAL | 2HSCNAPR25C056201 | $ | 25,500 |
| 2006 | INTERNATIONAL | 2HSCNAPR46C313859 | $ | 28,700 |
| 2004 | INTERNATIONAL | 3HSCNAPR34N023091 | $ | 16,700 |
| 2004 | INTERNATIONAL | 3HSNCEAPR44N082375 | $ | 19,300 |
| 2005 | INTERNATIONAL | 3HSCNAPR15N002306 | $ | 24,200 |
| 2005 | INTERNATIONAL | 2HSCNAPR75C136321 | $ | 23,500 |
| 2005 | INTERNATIONAL | 2HSCNAPR35C045661 | $ | 25,500 |
| 2005 | INTERNATIONAL | 2HSCNAPRX5C045673 | $ | 25,500 |
| 2006 | INTERNATIONAL | 2HSCNAPR26C351378 | $ | 27,200 |
| 2007 | INTERNATIONAL | 2HSCNAPR47C310963 | $ | 33,600 |
| 2005 | INTERNATIONAL | 2HSCNAPR75C031973 | $ | 21,400 |
| 2005 | INTERNATIONAL | 3HSCNAPR35N035047 | $ | 25,100 |
| 2005 * | INTERNATIONAL | 3HSCNAPR35N043679 | $ | 19,650 |
| 2005 * | INTERNATIONAL | 3HSCNAPR45N043674 | $ | 19,650 |
| 2003 * | FREIGHTLINER | 1FUJA6CVX3LL95974 | $ | 12,975 |
| 2003 * | FREIGHTLINER | 1FUJA6CV83LL95987 | $ | 12,975 |
| 2005 * | INTERNATIONAL | 2HSCNAPR95C176903 | $ | 19,650 |
| 2005 * | INTERNATIONAL | 3HSCNAPR45N173230 | $ | 19,650 |
| 2003 * | INTERNATIONAL | 2HSCEAPR83C066924 | $ | 12,025 |
| 2003 * | INTERNATIONAL | 2HSCNAPR33C066376 | $ | 12,475 |
| 2006 * | INTERNATIONAL | 2HSCEAPR36C346366 | $ | 23,625 |
| Total Tractors | | | $ | 590,075.00 |

# 2015 Federal Depreciation Schedule

## Franco's Trucking, LLC

27-3946235

Form 1120S

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis /Rednth | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 Galyean Vacuum Tank-1 | 12/20/11 | | 47,664 | | | | | | | 47,664 | 30,915 | 200DB MQ | 7 | .10040 | 4,785 |
| 2 | 03 Freightliner CL 120-2 | 1/01/11 | | 38,375 | | | | | | | 38,375 | 38,375 | 200DB MQ | 3 | | 0 |
| 3 | 03 Freightliner CL 120-3 | 1/01/11 | | 38,375 | | | | | | | 38,375 | 38,375 | 200DB MQ | 3 | | 0 |
| 4 | 03 Galyean Vacuum Tank-3 | 1/01/11 | | 47,875 | | | | | | | 47,875 | 34,792 | 200DB MQ | 7 | .08750 | 4,189 |
| 5 | 05 International 9400i-4 | 1/19/11 | | 28,500 | | | | | | | 28,500 | 28,500 | 200DB MQ | 3 | | 0 |
| 6 | 05 International 9400i-4 | 1/19/11 | | 28,500 | | | | | | | 28,500 | 28,500 | 200DB MQ | 3 | | 0 |
| 7 | 05 International 9400i-5 | 1/19/11 | | 28,500 | | | | | | | 28,500 | 28,500 | 200DB MQ | 3 | | 0 |
| 8 | Galyean Vacuum Tank-5 | 1/19/11 | | 38,500 | | | | | | | 38,500 | 27,978 | 200DB MQ | 7 | .08750 | 3,369 |
| 9 | Galyean Vacuum Tank-6 | 1/19/11 | | 38,500 | | | | | | | 38,500 | 27,978 | 200DB MQ | 7 | .08750 | 3,369 |
| 10 | 95 Peterbilt 378 Dump Tr | 4/20/11 | | 27,000 | | | | | | | 27,000 | 18,914 | 200DB MQ | 7 | .08670 | 2,335 |
| 11 | 09 Pitt 30' Lowboy Tr | 4/20/11 | | 14,286 | | | | 14,286 | | | 0 | | 200DB MQ | 7 | | 0 |
| 12 | Fuel Trailer | 6/06/11 | | 5,400 | | | | 5,400 | | | 0 | | 200DB MQ | 7 | | 0 |
| 13 | 07 Legend 40' Gooseneck | 6/15/11 | | 2,000 | | | | 2,000 | | | 0 | | 200DB MQ | 7 | | 0 |
| 14 | Tandem Axel Pipe Hauler | 6/29/11 | | 5,605 | | | | 5,605 | | | 0 | | 200DB MQ | 7 | | 0 |
| 15 | 07 International 4300 | 6/30/11 | | 48,000 | | | | | | | 48,000 | 48,000 | 200DB MQ | 3 | | 0 |
| 16 | 02 Peterbilt 379 Dump Tr | 7/15/11 | | 49,500 | | | | 49,500 | | | 0 | | 200DB MQ | 7 | | 0 |
| 17 | 10 Galyean Vacuum Tank-4 | 1/01/11 | | 47,875 | | | | 47,875 | | | 0 | | 200DB MQ | 7 | | 0 |
| 18 | 12 Galiegos Vacuum Tank | 9/12/11 | | 40,700 | | | | 40,700 | | | 0 | | 200DB MQ | 7 | | 0 |
| 19 | 12000 Tandem Pipe Hauler | 6/29/11 | | 5,605 | | | | 5,605 | | | 0 | | 200DB MQ | 7 | | 0 |
| 20 | 03 International 4300 | 7/15/11 | | 33,980 | | | | 33,980 | | | 0 | | 200DB MQ | 3 | | 0 |
| 21 | 11 Galiegos Vacuum Tank-7 | 10/05/11 | | 40,700 | | | | 40,700 | | | 0 | | 200DB MQ | 7 | | 0 |
| 22 | 04 International-6 | 10/11/11 | | 26,000 | | | | | | | 26,000 | 16,864 | 200DB MQ | 7 | .10040 | 2,610 |
| 23 | 11 RYOT Vacuum Tank | 11/21/11 | | 42,000 | | | | 42,000 | | | 0 | | 200DB MQ | 7 | | 0 |
| 24 | 04 International 940 | 11/23/11 | | 19,500 | | | | 19,500 | | | 0 | | 200DB MQ | 3 | | 0 |
| 25 | 11 RYOT Vacuum Tank | 12/29/11 | | 43,260 | | | | 43,260 | | | 0 | | 200DB MQ | 7 | | 0 |
| 26 | 11 Atoka Trailer/Washer | 4/11/11 | | 7,000 | | | | 7,000 | | | 0 | | 200DB MQ | 7 | | 0 |

Exhibit A
Page 1 of 5

**2015 Federal Depreciation Schedule**

Franco's Trucking, LLC     27-3946235

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp Depr | Prior Dec. Bal. Depr. | Salvage /Basis Reductn. | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 11 Prntle Exp Trailer | 7/15/11 | | 12,835 | | | | | 12,835 | | 12,835 | 8,659 | 200DB MQ | 7 | .03300 | 1,199 |
| 28 | 4 Challenger Pumps | 1/19/11 | | 40,000 | | | | | 35,000 | | 5,000 | 3,635 | 200DB MQ | 7 | .08750 | 438 |
| 29 | 04 Intl 9400 | 2/17/12 | | 26,000 | | | | | 26,000 | | 0 | | 200DB HY | 7 | | 0 |
| 30 | 04 Intl 9400 | 3/28/12 | | 25,000 | | | | | 25,000 | | 0 | | 200DB HY | 7 | | 0 |
| 31 | 05 Intl 9400 | 3/28/12 | | 26,500 | | | | | 26,500 | | 0 | | 200DB HY | 7 | | 0 |
| 32 | 05 Intl 9400 | 5/31/12 | | 27,500 | | | | | 27,500 | | 0 | | 200DB HY | 7 | | 0 |
| 33 | 05 Intl 9400 | 10/12/12 | | 26,500 | | | | | 26,500 | | 0 | | 200DB HY | 7 | | 0 |
| 34 | 05 Intl 9400 | 10/12/12 | | 26,500 | | | | | 26,500 | | 0 | | 200DB HY | 7 | | 0 |
| 35 | 05 Intl 9400 | 1/30/12 | | 36,500 | | | | | 36,500 | | 0 | | 200DB HY | 7 | | 0 |
| 36 | 05 Intl 9400 | 1/30/12 | | 26,500 | | | | | 25,500 | | 0 | | 200DB HY | 7 | | 0 |
| 37 | 06 Intl 9400 | 1/30/12 | | 36,500 | | | | | 36,500 | | 0 | | 200DB HY | 7 | | 0 |
| 38 | 05 Intl 9400 | 1/30/12 | | 36,500 | | | | | 36,500 | | 0 | | 200DB HY | 7 | | 0 |
| 39 | 06 Intl 9400 | 1/30/12 | | 36,500 | | | | | 36,500 | | 0 | | 200DB HY | 7 | | 0 |
| 40 | 13 Gallegos Trailer | 12/06/12 | | 41,000 | | | | | 41,000 | | 41,000 | 23,071 | 200DB HY | 7 | .12490 | 5,121 |
| 41 | 12 EXA Trailer | 1/11/12 | | 41,900 | | | | | 20,950 | | 20,950 | 11,789 | 200DB HY | 7 | .12490 | 2,617 |
| 42 | 12 EXA Trailer | 1/12/12 | | 41,900 | | | | | 20,950 | | 20,950 | 11,789 | 200DB HY | 7 | .12490 | 2,617 |
| 43 | 12 Industrias Trailer | 4/16/12 | | 42,500 | | | | | 21,250 | | 21,250 | 11,958 | 200DB HY | 7 | .12490 | 2,654 |
| 44 | 12 Gallegos Trailer | 6/26/12 | | 39,500 | | | | | 19,750 | | 19,750 | 11,113 | 200DB HY | 7 | .12490 | 2,467 |
| 45 | 12 Gallegos Trailer | 5/30/12 | | 39,500 | | | | | 19,750 | | 19,750 | 11,113 | 200DB HY | 7 | .12490 | 2,467 |
| 46 | 12 Gallegos Trailer | 6/05/12 | | 39,500 | | | | | 19,750 | | 19,750 | 11,113 | 200DB HY | 7 | .12490 | 2,467 |
| 47 | 12 Gallegos Trailer | 10/05/12 | | 39,500 | | | | | 19,750 | | 19,750 | 11,113 | 200DB HY | 7 | .12490 | 2,467 |
| 48 | 12 Southern Vac Trailer | 12/18/12 | | 44,000 | | | | | 22,000 | | 22,000 | 12,380 | 200DB HY | 7 | .12490 | 2,748 |
| 49 | 11 CNM Flatbed | 1/19/12 | | 1,495 | | | | | 1,495 | | 0 | | 200DB HY | 7 | | 0 |
| 50 | 12 Utility Trash Trailer | 5/24/12 | | 2,400 | | | | | 1,200 | | 1,200 | 675 | 200DB HY | 7 | .12490 | 150 |
| 51 | 07 Utility Trailer | 9/28/12 | | 7,000 | | | | | 7,000 | | 0 | | 200DB HY | 7 | | 0 |
| 52 | Utility Tr Power Wash2 | 8/12/12 | | 7,999 | | | | | 7,999 | | 0 | | 200DB HY | 7 | | 0 |
| 59 | Furn & Fix prior years | 1/01/12 | | 25,321 | | | | | 12,661 | | 12,660 | 12,660 | 200DB HY | 7 | .12490 | 0 |

Exhibit A
Page 2 of 5

Case 17-12017-j11   Doc 25   Filed 08/28/17   Entered 08/28/17 15:48:52 Page 37 of 45

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Doc. Bal. Depr. | Salvage /Basis /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 04 Western Star Winch Tr | 8/08/13 | | 45,363 | | | | 45,363 | | | 0 | | 200DB HY | 7 | | 0 |
| 61 | 05 International unit 005 | 1/30/13 | | 35,780 | | | | 35,780 | | | 0 | | 200DB HY | 7 | | 0 |
| 62 | 05 International unit 021 | 6/20/13 | | 33,909 | | | | | | | 33,909 | 13,111 | 200DB HY | 7 | .17490 | 5,913 |
| 63 | 06 Ford F250 Super Duty | 9/10/13 | | 29,895 | | | | 29,895 | | | 0 | | 200DB HY | 5 | | 0 |
| 64 | 06 International unit 009 | 1/30/13 | | 36,880 | | | | 36,880 | | | 0 | | 200DB HY | 7 | | 0 |
| 65 | 06 International unit 18 | 1/30/13 | | 36,880 | | | | 36,880 | | | 0 | | 200DB HY | 7 | | 0 |
| 67 | 07 International unit 20 | 8/22/13 | | 39,423 | | | | | | | 39,423 | 15,289 | 200DB HY | 7 | .17490 | 6,895 |
| 68 | 08 International unit 002 | 1/30/13 | | 28,880 | | | | 28,880 | | | 0 | | 200DB HY | 7 | | 0 |
| 70 | 12 Southern Vac Trailer | 5/08/13 | | 45,000 | | | | 45,000 | | | 0 | | 200DB HY | 7 | | 0 |
| 71 | 13 Big Tex Backhoe Trailer | 5/30/13 | | 11,230 | | | | 5,615 | | | 5,615 | 2,177 | 200DB HY | 7 | .17490 | 982 |
| 72 | 13 Big Tex Power Washer | 10/25/13 | | 9,550 | | | | 4,775 | | | 4,775 | 1,851 | 200DB HY | 7 | .17490 | 835 |
| 73 | 13 Big Tex Pressure Washe | 8/02/13 | | 8,250 | | | | 4,125 | | | 4,125 | 1,599 | 200DB HY | 7 | .17490 | 721 |
| 74 | 13 Centex Trash Trailer | 4/23/13 | | 3,100 | | | | 1,550 | | | 1,550 | 601 | 200DB HY | 7 | .17490 | 271 |
| 75 | 13 Centex Trash1 Trailer | 4/23/13 | | 3,100 | | | | 1,550 | | | 1,550 | 601 | 200DB HY | 7 | .17490 | 271 |
| 81 | 13 PL 26'Deckover Trailer | 7/17/13 | | 9,672 | | | | 4,836 | | | 4,836 | 1,875 | 200DB HY | 7 | .17490 | 846 |
| 82 | 13 Pl Gooseneck Trailer | 10/21/13 | | 15,332 | | | | 7,666 | | | 7,666 | 2,972 | 200DB HY | 7 | .17490 | 1,341 |
| 83 | 13?) D71 Dump Trlr | 7/17/13 | | 9,672 | | | | 4,836 | | | 4,836 | 1,875 | 200DB HY | 7 | .17490 | 846 |
| 84 | 14 PJ 18' Utility Trailer | 8/20/13 | | 3,165 | | | | 1,583 | | | 1,582 | 613 | 200DB HY | 7 | .17490 | 277 |
| 85 | 14 TeamSpirit Crew Dodge | 8/15/13 | | 12,990 | | | | 6,495 | | | 6,495 | 2,519 | 200DB HY | 7 | .17490 | 1,136 |
| 88 | 14 Big Tex UtilityTrailer | 2/03/14 | | 5,929 | | | | 5,929 | | | 0 | | 200DB HY | 7 | | 0 |
| 90 | 04 Great Dane Utility Tr | 5/03/14 | | 15,171 | | | | 15,171 | | | 0 | | 200DB HY | 7 | | 0 |
| 91 | 2014 Water Trailer #23 | 7/31/14 | | 46,368 | | | | 46,368 | | | 0 | | 200DB HY | 7 | | 0 |
| 92 | 2014 Water Trailer #24 | 7/31/14 | | 47,044 | | | | 47,044 | | | 0 | | 200DB HY | 7 | | 0 |
| 93 | 2014 Water Trailer #14 | 10/01/14 | | 45,339 | | | | 45,339 | | | 0 | | 200DB HY | 7 | | 0 |
| 94 | 2012 Water Trailer #22 | 10/07/14 | | 39,674 | | | | 39,367 | | | 307 | 44 | 200DB HY | 7 | .24190 | 75 |
| 95 | 2012 Water Trailer #25 | 10/07/14 | | 39,674 | | | | 39,674 | | | 0 | | 200DB HY | 7 | | 0 |
| 96 | 2012 Water Trailer #26 | 10/07/14 | | 39,674 | | | | 39,674 | | | 0 | | 200DB HY | 7 | | 0 |

Case 17-12017-j11   Doc 25   Filed 08/28/17   Entered 08/28/17 15:48:52 Page 38 of 45

Franco's Trucking, LLC     27-3946235

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp. Depr. | Prior Doc. Bal. Depr. | Salvage/Basis Reductn. | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 2012 Water Trailer #27 | 10/07/14 | | 39,674 | | | | 38,674 | | | 0 | | 200DB HY | 7 | | 0 |
| 98 | 06 Int'l Truck 9400 #4 | 10/07/14 | | 19,060 | | | | 19,060 | | | 0 | | 200DB HY | 3 | | 0 |
| 99 | 06 Int'l Truck 9900 #21 | 10/07/14 | | 15,970 | | | | 15,970 | | | 0 | | 200DB HY | 3 | | 0 |
| 100 | 06 Int'l Truck 9400 #22 | 10/07/14 | | 15,970 | | | | | | | 15,970 | 5,323 | 200DB HY | 3 | .44450 | 7,099 |
| 103 | 06 Int'l Truck #7 | 5/03/14 | | 16,485 | | | | 16,485 | | | 0 | | 200DB HY | 3 | | 0 |
| 104 | 03 Int'l Truck #10 | 5/03/14 | | 13,910 | | | | 13,910 | | | 0 | | 200DB HY | 3 | | 0 |
| 105 | 03 Int'l Truck #23 | 5/03/14 | | 16,485 | | | | 16,485 | | | 0 | | 200DB HY | 3 | | 0 |
| 106 | 05 Int'l Truck $24 | 5/03/14 | | 16,485 | | | | 16,485 | | | 0 | | 200DB HY | 3 | | 0 |
| 107 | 05 Int'l Truck#14 | 1/16/15 | | 14,500 | | 14,500 | | | | | 0 | | 200DB HY | 3 | | 0 |
| 108 | 05 Int'l Truck #19 | 1/16/15 | | 14,500 | | 14,500 | | | | | 0 | | 200DB HY | 3 | | 0 |
| 109 | 05 Int'l Truck #27 | 1/16/15 | | 14,500 | | 14,500 | | | | | 0 | | 200DB HY | 3 | | 0 |
| 110 | 08 GMC Sierra PU#40 | 1/29/15 | | 16,000 | | 1,600 | | | | | 14,400 | | 200DB HY | 5 | .20000 | 2,880 |
| 112 | 15 TankXO #25 | 7/24/15 | | 45,000 | | 45,000 | | | | | 0 | | 200DB HY | 7 | | 0 |
| 113 | 10 Dragon Trailer#29 | 7/24/15 | | 25,000 | | 25,000 | | | | | 0 | | 200DB HY | 7 | | 0 |
| 114 | 04 Int'l Truck#25 | 7/28/15 | | 24,000 | | 24,000 | | | | | 0 | | 200DB HY | 3 | | 0 |
| | Total | | | 2,565,593 | | 139,100 | 0 | 1,635,760 | 0 | 0 | 791,133 | 530,749 | | | | 78,517 |
| | Auto / Transport Equipment | | | | | | | | | | | | | | | |
| 5 | 08 Ford F450 | 1/01/11 | | 28,169 | | | | 28,169 | | | 0 | | 200DB MQ | 5 | | 0 |
| 53 | 06 Ford F-250 | 9/10/12 | | 27,089 | | | | 27,089 | | | 0 | | 200DB HY | 5 | | 0 |
| 54 | 12 GMC Siera Denali Dualt | 8/29/12 | | 56,219 | | | | 28,110 | | | 28,109 | 20,014 | 200DB HY | 5 | .11520 | 3,238 |
| 66 | 07 Chevy 3500 Truck | 8/20/13 | | 42,574 | | | | 42,574 | | | 0 | | 200DB HY | 5 | | 0 |
| 69 | 11 Ford F550 Truck 23 | 8/30/13 | | 78,591 | | | | 78,591 | | | 0 | | 200DB HY | 5 | | 0 |
| 76 | 13 Dodge 3500 Truck | 7/30/13 | | 54,383 | | | | 27,192 | | | 27,191 | 10,545 | 200DB HY | 7 | .17490 | 4,755 |
| 77 | 13 Dodge Ram 2500 | 5/24/13 | | 46,723 | | | | 23,362 | | | 23,361 | 12,148 | 200DB HY | 5 | .19200 | 4,485 |
| 78 | 13 Dodge Ram 3500 | 8/15/13 | | 54,428 | | | | 27,214 | | | 27,214 | 14,151 | 200DB HY | 5 | .19200 | 5,225 |

Exhibit A
Page 4 of 5

# 2015 Federal Depreciation Schedule

### Franco's Trucking, LLC

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reduct. | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 13 Dodge Ram #24 | 12/31/13 | | 73,165 | | | | 36,583 | | | 36,582 | 19,022 | 200DB HY | 5 | .19200 | 7,024 |
| 80 | 13 GMC Sierra 2500 | 7/08/13 | | 55,119 | | | | 28,060 | | | 28,059 | 14,591 | 200DB HY | 5 | .19200 | 5,387 |
| 86 | 2015 Chevy Sierra | 12/16/14 | | 64,894 | 70.00 | | | 45,426 | | | 0 | | 200DB HY | 5 | | 0 |
| 87 | 14 Dodge 4500 | 7/15/14 | | 34,284 | | | | 45,767 | | | 8,517 | 1,703 | 200DB HY | 5 | .32000 | 2,725 |
| 88 | 14 Chevy Sierra | 9/30/14 | | 44,488 | | | | 22,244 | | | 22,244 | 4,449 | 200DB HY | 5 | .32000 | 7,118 |
| 101 | 2014 Ford F150 | 5/23/14 | | 52,577 | | | | 26,289 | | | 26,288 | 5,258 | 200DB HY | 5 | .32000 | 8,412 |
| 102 | 2014 Ford F150 | 5/23/14 | | 51,138 | | | | 25,569 | | | 25,569 | 5,114 | 200DB HY | 5 | .32000 | 8,182 |
| 111 | 15 F-150 PU#11 | 5/29/15 | | 60,982 | | 60,982 | | | | | 0 | | 200DB HY | 5 | | 0 |
| | Total Auto / Transport Equipment | | | 845,823 | | 60,982 | 0 | 512,239 | 0 | 0 | 263,134 | 106,995 | | | | 36,552 |
| | **Miscellaneous** | | | | | | | | | | | | | | | |
| 55 | 1012 Haston Land | 5/31/12 | | 58,000 | | | | | | | 58,000 | | | | | 0 |
| 95 | 1012 Haston Fence | 5/31/12 | | 4,500 | | | | | | | 4,500 | 2,532 | 200DB HY | 7 | .12490 | 562 |
| 57 | 1012 Haston Mobile Hm | 5/31/12 | | 2,500 | | | | | | | 2,500 | 441 | 150DB HY | 20 | .05177 | 154 |
| 38 | 1012 Haston Shop Building | 10/01/12 | | 157,765 | | | | | | | 157,765 | 8,934 | S/L MM | 39 | .02564 | 4,045 |
| | Total Miscellaneous | | | 222,765 | | 0 | 0 | 0 | 0 | 0 | 222,765 | 11,907 | | | | 4,761 |
| | Total Depreciation | | | 3,634,581 | | 200,082 | 0 | 2,147,999 | 0 | 0 | 1,267,032 | 649,651 | | | | 139,830 |
| | Grand Total Depreciation | | | 3,634,581 | | 200,082 | 0 | 2,147,999 | 0 | 0 | 1,267,032 | 649,651 | | | | 139,830 |

Exhibit A
Page 5 of 5

Case 17-12017-j11    Doc 25    Filed 08/28/17    Entered 08/28/17 15:48:52    Page 40 of 45

# Texas Capital Services, LLC

PO Box 53728
Lubbock, TX 79453
P: (806) 281-7450  F: (806) 214-6063
jfaulkner@texascapitalservices.com

## Aging Report

| ID | Invoice | Client | Debtor | PO | Date | Age | 0-30 | 31-45 | 46-60 | 61-90 | 90+ | Balance | S/O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38315 | 41816 | Franco's Trucking... | EOG Resources, Inc. | | 05/05/2017 | 101 | | | | | 1,610.00 | 1,610.00 | |
| 38575 | 41925 | Franco's Trucking... | EOG Resources, Inc. | | 05/19/2017 | 87 | | | | 443.10 | | 443.10 | |
| 38874 | 42009 | Franco's Trucking... | EOG Resources, Inc. | | 06/09/2017 | 66 | | | | 6,338.15 | | 6,338.15 | |
| 38875 | 42008 | Franco's Trucking... | EOG Resources, Inc. | | 06/09/2017 | 66 | | | | 2,108.12 | | 2,108.12 | |
| 38876 | 42010 | Franco's Trucking... | EOG Resources, Inc. | | 06/09/2017 | 66 | | | | 564.71 | | 564.71 | |
| 39158 | 42048 | Franco's Trucking... | EOG Resources, Inc. | | 06/15/2017 | 60 | | | 5,222.60 | | | 5,222.60 | |
| 39161 | 42049 | Franco's Trucking... | EOG Resources, Inc. | | 06/15/2017 | 60 | | | 717.50 | | | 717.50 | |
| 39159 | 42047 | Franco's Trucking... | Ring Energy | | 06/15/2017 | 60 | | | 8,926.65 | | | 8,926.65 | |
| 39157 | 42050 | Franco's Trucking... | EOG Resources, Inc. | | 06/15/2017 | 60 | | | 1,503.39 | | | 1,503.39 | |
| 39188 | 42062 | Franco's Trucking... | WPX Energy | | 06/22/2017 | 53 | | | 16,285.00 | | | 16,285.00 | |
| 39191 | 42061 | Franco's Trucking... | WPX Energy | | 06/22/2017 | 53 | | | 847.06 | | | 847.06 | |
| 39194 | 42052 | Franco's Trucking... | EOG Resources, Inc. | | 06/22/2017 | 53 | | | 717.50 | | | 717.50 | |
| 39189 | 42065 | Franco's Trucking... | WPX Energy | | 06/22/2017 | 53 | | | 8,417.50 | | | 8,417.50 | |
| 39192 | 42060 | Franco's Trucking... | WPX Energy | | 06/22/2017 | 53 | | | 8,975.00 | | | 8,975.00 | |
| 39195 | 42051 | Franco's Trucking... | EOG Resources, Inc. | | 06/22/2017 | 53 | | | 2,295.00 | | | 2,295.00 | |
| 39187 | 42064 | Franco's Trucking... | WPX Energy | | 06/22/2017 | 53 | | | 1,162.50 | | | 1,162.50 | |
| 39193 | 42053 | Franco's Trucking... | EOG Resources, Inc. | | 06/22/2017 | 53 | | | 1,503.38 | | | 1,503.38 | |
| 39375 | 42076 | Franco's Trucking... | EOG Resources, Inc. | | 06/30/2017 | 45 | | 3,228.30 | | | | 3,228.30 | |
| 39367 | 42084 | Franco's Trucking... | WPX Energy | | 06/30/2017 | 45 | | 1,169.75 | | | | 1,169.75 | |
| 39370 | 42081 | Franco's Trucking... | WPX Energy | | 06/30/2017 | 45 | | 2,325.00 | | | | 2,325.00 | |
| 39373 | 42077 | Franco's Trucking... | EOG Resources, Inc. | | 06/30/2017 | 45 | | 1,076.10 | | | | 1,076.10 | |

Report generated at 08/14/2017 10:09:58

Exhibit C
Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 19376 | Franco's Trucking… | EOG Resources, Inc. | 06/30/2017 | 45 | 400.90 | 400.90 |
| 19365 | Franco's Trucking… | WPX Energy | 06/30/2017 | 45 | 3,360.00 | 3,360.00 |
| 19368 | Franco's Trucking… | WPX Energy | 06/30/2017 | 45 | 3,300.00 | 3,300.00 |
| 19371 | Franco's Trucking… | WPX Energy | 06/30/2017 | 45 | 17,640.00 | 17,640.00 |
| 19374 | Franco's Trucking… | WPX Energy | 06/30/2017 | 45 | 50,220.00 | 50,220.00 |
| 19377 | Franco's Trucking… | EOG Resources, Inc. | 06/30/2017 | 45 | 400.90 | 400.90 |
| 19360 | Franco's Trucking… | WPX Energy | 06/30/2017 | 45 | 3,892.50 | 3,892.50 |
| 19369 | Franco's Trucking… | WPX Energy | 06/30/2017 | 45 | 535.00 | 535.00 |
| 19372 | Franco's Trucking… | EOG Resources, Inc. | 06/30/2017 | 45 | 493.21 | 493.21 |
| 19384 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 8,625.00 | 8,625.00 |
| 19387 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 3,555.00 | 3,555.00 |
| 19390 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 25,755.00 | 25,755.00 |
| 19385 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 6,660.00 | 6,660.00 |
| 19388 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 8,430.00 | 8,430.00 |
| 19397 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 485.00 | 485.00 |
| 19386 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 1,111.69 | 1,111.69 |
| 19389 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 900.00 | 900.00 |
| 19392 | Franco's Trucking… | WPX Energy | 07/07/2017 | 38 | 1,800.00 | 1,800.00 |
| 19575 | Franco's Trucking… | WPX Energy | 07/14/2017 | 31 | 3,795.00 | 3,795.00 |
| 19578 | Franco's Trucking… | WPX Energy | 07/14/2017 | 31 | 2,767.50 | 2,767.50 |
| 19581 | Franco's Trucking… | Marathon Oil Perm… | 07/14/2017 | 31 | 1,210.08 | 1,210.08 |
| 19584 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 | 31 | 1,131.94 | 1,131.94 |
| 19587 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 | 31 | 765.00 | 765.00 |
| 19561 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 | 31 | 712.13 | 712.13 |
| 19564 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 | 31 | 400.90 | 400.90 |
| 19570 | Franco's Trucking… | WPX Energy | 07/14/2017 | 31 | 1,725.00 | 1,725.00 |
| 19573 | Franco's Trucking… | WPX Energy | 07/14/2017 | 31 | 750.00 | 750.00 |
| 19576 | Franco's Trucking… | WPX Energy | 07/14/2017 | 31 | 8,850.00 | 8,850.00 |
| 19579 | Franco's Trucking… | Solaris Midstream | 07/14/2017 | 31 | 774.45 | 774.45 |

Exhibit C
Page 2 of 5

| | | | | Date | | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 19582 | 42126 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 31 | | 475.00 | 475.00 |
| 9585 | 42123 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 31 | | 400.90 | 400.90 |
| 9588 | 42096 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 31 | | 1,105.00 | 1,105.00 |
| 9571 | 42136 | Franco's Trucking… | WPX Energy | 07/14/2017 31 | | 3,450.00 | 3,450.00 |
| 9574 | 42138 | Franco's Trucking… | WPX Energy | 07/14/2017 31 | | 1,080.00 | 1,080.00 |
| 9577 | 42132 | Franco's Trucking… | WPX Energy | 07/14/2017 31 | | 8,730.00 | 8,730.00 |
| 9580 | 42128 | Franco's Trucking… | Marathon Oil Perm… | 07/14/2017 31 | | 1,376.81 | 1,376.81 |
| 9583 | 42120 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 31 | | 1,105.00 | 1,105.00 |
| 9586 | 42122 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 31 | | 892.50 | 892.50 |
| 9566 | 42144 | Franco's Trucking… | EOG Resources, Inc. | 07/14/2017 31 | | 3,138.63 | 3,138.63 |
| 9572 | 42135 | Franco's Trucking… | WPX Energy | 07/14/2017 31 | | 2,772.00 | 2,772.00 |
| 9593 | 42175 | Franco's Trucking… | EOG Resources, Inc. | 07/19/2017 26 | 717.40 | 717.40 | |
| 9609 | 41216 | Franco's Trucking… | WPX Energy | 07/19/2017 26 | 675.00 | 675.00 | |
| 9596 | 42174 | Franco's Trucking… | EOG Resources, Inc. | 07/19/2017 26 | 400.90 | 400.90 | |
| 9612 | 42158 | Franco's Trucking… | XTO Energy | 07/19/2017 26 | 1,936.13 | 1,936.13 | |
| 9599 | 42171 | Franco's Trucking… | Matador Resorces … | 07/19/2017 26 | 989.58 | 989.58 | |
| 9615 | 42155 | Franco's Trucking… | XTO Energy | 07/19/2017 26 | 3,872.27 | 3,872.27 | |
| 9602 | 42168 | Franco's Trucking… | WPX Energy | 07/19/2017 26 | 7,425.00 | 7,425.00 | |
| 9618 | 42151 | Franco's Trucking… | EOG Resources, Inc. | 07/19/2017 26 | 580.25 | 580.25 | |
| 9605 | 42165 | Franco's Trucking… | WPX Energy | 07/19/2017 26 | 3,240.00 | 3,240.00 | |
| 9608 | 42162 | Franco's Trucking… | WPX Energy | 07/19/2017 26 | 187.50 | 187.50 | |
| 9594 | 42173 | Franco's Trucking… | Matador Resorces … | 07/19/2017 26 | 3,912.60 | 3,912.60 | |
| 9610 | 42160 | Franco's Trucking… | WPX Energy | 07/19/2017 26 | 1,575.00 | 1,575.00 | |
| 9597 | 42181 | Franco's Trucking… | EOG Resources, Inc. | 07/19/2017 26 | 484.25 | 484.25 | |
| 9613 | 42157 | Franco's Trucking… | XTO Energy | 07/19/2017 26 | 605.04 | 605.04 | |
| 9600 | 42170 | Franco's Trucking… | WPX Energy | 07/19/2017 26 | 1,125.00 | 1,125.00 | |
| 9616 | 42154 | Franco's Trucking… | XTO Energy | 07/19/2017 26 | 968.07 | 968.07 | |
| 9603 | 42167 | Franco's Trucking… | Marathon Oil Perm… | 07/19/2017 26 | 3,786.22 | 3,786.22 | |
| 9619 | 42152 | Franco's Trucking… | EOG Resources, Inc. | 07/19/2017 26 | 559.15 | 559.15 | |

Report generated at 08/14/2017 10:09:58

Exhibit C
Page 3 of 5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19606 | 42163 | Franco's Trucking... | WPX Energy | 07/19/2017 | 26 | 20,250.00 | 20,250.00 |
| 9592 | 42180 | Franco's Trucking... | XTO Energy | 07/19/2017 | 26 | 403.36 | 403.36 |
| 9595 | 42182 | Franco's Trucking... | EOG Resources, Inc. | 07/19/2017 | 26 | 721.62 | 721.62 |
| 9611 | 42159 | Franco's Trucking... | XTO Energy | 07/19/2017 | 26 | 1,452.10 | 1,452.10 |
| 9598 | 42172 | Franco's Trucking... | Rosehill Operating | 07/19/2017 | 26 | 2,127.50 | 2,127.50 |
| 9614 | 42156 | Franco's Trucking... | XTO Energy | 07/19/2017 | 26 | 443.70 | 443.70 |
| 9601 | 42169 | Franco's Trucking... | Matador Resorces ... | 07/19/2017 | 26 | 2,097.48 | 2,097.48 |
| 9617 | 42153 | Franco's Trucking... | XTO Energy | 07/19/2017 | 26 | 4,275.63 | 4,275.63 |
| 9604 | 42166 | Franco's Trucking... | WPX Energy | 07/19/2017 | 26 | 2,250.00 | 2,250.00 |
| 9607 | 42164 | Franco's Trucking... | WPX Energy | 07/19/2017 | 26 | 1,921.50 | 1,921.50 |
| 9775 | 42210 | Franco's Trucking... | Rockcliff Energy LLC | 07/27/2017 | 18 | 436.73 | 436.73 |
| 9778 | 42204 | Franco's Trucking... | XTO Energy | 07/27/2017 | 18 | 3,775.46 | 3,775.46 |
| 9781 | 42203 | Franco's Trucking... | Marathon Oil Perm... | 07/27/2017 | 18 | 7,002.35 | 7,002.35 |
| 9784 | 42200 | Franco's Trucking... | Marathon Oil Perm... | 07/27/2017 | 18 | 2,495.46 | 2,495.46 |
| 9787 | 42197 | Franco's Trucking... | Marathon Oil Perm... | 07/27/2017 | 18 | 344.20 | 344.20 |
| 9790 | 42194 | Franco's Trucking... | EOG Resources, Inc. | 07/27/2017 | 18 | 380.00 | 380.00 |
| 9793 | 42191 | Franco's Trucking... | XTO Energy | 07/27/2017 | 18 | 4,027.16 | 4,027.16 |
| 9796 | 42188 | Franco's Trucking... | Matador Resorces ... | 07/27/2017 | 18 | 1,210.08 | 1,210.08 |
| 9799 | 42185 | Franco's Trucking... | Matador Resorces ... | 07/27/2017 | 18 | 419.50 | 419.50 |
| 9773 | 42208 | Franco's Trucking... | WPX Energy | 07/27/2017 | 18 | 3,000.00 | 3,000.00 |
| 9776 | 42211 | Franco's Trucking... | Rockcliff Energy LLC | 07/27/2017 | 18 | 762.30 | 762.30 |
| 9779 | 42205 | Franco's Trucking... | XTO Energy | 07/27/2017 | 18 | 916.97 | 916.97 |
| 9782 | 42202 | Franco's Trucking... | XTO Energy | 07/27/2017 | 18 | 1,113.28 | 1,113.28 |
| 9785 | 42199 | Franco's Trucking... | Marathon Oil Perm... | 07/27/2017 | 18 | 1,032.60 | 1,032.60 |
| 9788 | 42196 | Franco's Trucking... | XTO Energy | 07/27/2017 | 18 | 7,825.21 | 7,825.21 |
| 9791 | 42193 | Franco's Trucking... | XTO Energy | 07/27/2017 | 18 | 8,478.65 | 8,478.65 |
| 9794 | 42190 | Franco's Trucking... | XTO Energy | 07/27/2017 | 18 | 3,280.67 | 3,280.67 |
| 9797 | 42187 | Franco's Trucking... | Matador Resorces ... | 07/27/2017 | 18 | 1,161.68 | 1,161.68 |
| 9800 | 42184 | Franco's Trucking... | Matador Resorces ... | 07/27/2017 | 18 | 13,879.66 | 13,879.66 |

Exhibit C
Page 4 of 5

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19774 | 42209 | Franco's Trucking... | Rockcliff Energy LLC | 07/27/2017 18 | 357.33 | | | | 357.33 |
| 9777 | 42207 | Franco's Trucking... | XTO Energy | 07/27/2017 18 | 6,494.12 | | | | 6,494.12 |
| 9780 | 42206 | Franco's Trucking... | XTO Energy | 07/27/2017 18 | 4,800.00 | | | | 4,800.00 |
| 9783 | 42201 | Franco's Trucking... | XTO Energy | 07/27/2017 18 | 2,702.52 | | | | 2,702.52 |
| 9786 | 42198 | Franco's Trucking... | Marathon Oil Perm... | 07/27/2017 18 | 1,032.60 | | | | 1,032.60 |
| 9789 | 42195 | Franco's Trucking... | Marathon Oil Perm... | 07/27/2017 18 | 2,495.46 | | | | 2,495.46 |
| 9792 | 42192 | Franco's Trucking... | XTO Energy | 07/27/2017 18 | 6,373.11 | | | | 6,373.11 |
| 9795 | 42189 | Franco's Trucking... | XTO Energy | 07/27/2017 18 | 2,226.55 | | | | 2,226.55 |
| 9798 | 42186 | Franco's Trucking... | Matador Resorces ... | 07/27/2017 18 | 929.34 | | | | 929.34 |
| 9801 | 42183 | Franco's Trucking... | EOG Resources, Inc. | 07/27/2017 18 | 380.00 | | | | 380.00 |
| 8772 | 42212 | Franco's Trucking... | WPX Energy | 07/27/2017 18 | 2,100.00 | | | | 2,100.00 |
| 119 | | | | | 160,415.24 | 192,771.19 | 56,573.08 | 9,454.08 | 1,610.00 | 420,823.59 |

Exhibit C
Page 5 of 5

Report generated at 08/14/2017 10:09:58